**UNITED STATES of America, Plaintiff–Appellee**

v.

**Michael COLLINS, Defendant–Appellant.**

No. 05–30625.
Summary Calendar.

United States Court of Appeals, Fifth Circuit.

Decided Sept. 28, 2006.

William P. Gibbens, Mark A. Miller, U.S. Attorney's Office, Eastern District of

---

Louisiana, New Orleans, LA, for Plaintiff–Appellee.

Robin Elise Schulberg, George Chaney, Jr., Federal Public Defender's Office, Eastern District of Louisiana, New Orleans, LA, for Defendant–Appellant.

Before KING, HIGGINBOTHAM, and GARZA, Circuit Judges.

PER CURIAM: *

As both parties agree, Collins's plea agreement precludes his present argument that the sentence imposed was unreasonable. *See United States v. Burns*, 433 F.3d 442, 450 (5th Cir.2005).

DISMISSED.

---

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.